

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alfred Murphy <br><br> Petitioner <br><br> v. <br><br> Raymond Madden, Warden, Centinella State Prison <br><br> Respondent | Civil Action No.   21cv1600-LAB(DDL) <br><br><br> **JUDGMENT IN A CIVIL CASE** |

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies the petition for writ of habeas corpus, and denies a certificate of appealability.

Date:   6/6/23

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ R. Chapman

R. Chapman, Deputy